No. 74–82.   KITTYHAWK, LTD., ET AL. *v.* CITY OF MIDDLETOWN, OHIO, ET AL.   Sup. Ct. Ohio.   Certiorari denied.

No. 74–86.   LEONARD *v.* STRAUSS.   App. Term, Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 74–113.   KEYS *v.* SAWYER.   C. A. 5th Cir.   Certiorari denied.

No. 74–130.   MOTORISTS MUTUAL INSURANCE CO. *v.* SIMPSON, ADMINISTRATRIX, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 74–134.   HOLSAPPLE, A MINOR, BY HOLSAPPLE *v.* WOODS, SUPERINTENDENT, ODIN COMMUNITY UNIT SCHOOL DISTRICT No. 700, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 72–1727.   VALEN *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1950.   WALLIS *v.* O'KIER.   C. A. 10th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–2062.   THREE AFFILIATED TRIBES OF THE FORT BERTHOLD RESERVATION *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6760.   ROBINSON *v.* NEW JERSEY.   Sup. Ct. N. J.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6909.   WHITE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.